# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| STATE FARM FIRE AND CASUALTY COMPANY, | ) |  |
|---|---|---|
|  | ) | Civil Action No. 16-37 |
| Plaintiff, | ) |  |
|  | ) | Judge Cathy Bissoon |
| v. | ) |  |
|  | ) |  |
| G.R., *et al.*, | ) |  |
|  | ) |  |
| Defendants. | ) |  |

## ORDER

For the reasons that follow, Plaintiff's Motions for Entry of Default Judgment (Docs. 15, 16 and 17) will be granted.

On January 8, 2016, Plaintiff State Farm Fire and Casualty Company filed a Complaint for Declaratory Judgment against minor G.R., George Root and Tina Root seeking a declaratory judgment that it is under no duty to defend or indemnify Defendants in the Civil Action 15-1089, Doe v. Neshannock Twp. Sch. Dist. *et al.* under the terms of the State Farm Policy. Defendants were served by a process server on January 20, 2016. (Docs. 5, 6 and 7). Defendants' Answers were due on February 10, 2016. No Answers or other responses were filed. On March 9, 2016, Plaintiff filed a request for entry of default against all Defendants. The Clerk entered default as to all Defendants on March 10, 2016. On March 24, 2016, Plaintiff filed the instant Motions for Default Judgment (Docs. 15, 16 and 17). As Defendants have not answered or otherwise responded to the Complaint in accordance with Federal Rule of Civil Procedure 12(a), Plaintiff's Motions for Entry of Default Judgment (**Docs. 15, 16 and 17**) are **GRANTED**.

Consistent with the foregoing, **DEFAULT JUDGMENT** is granted in favor of Plaintiff and against all Defendants.

IT IS HEREBY ORDERED that State Farm Fire and Casualty Company has no duty to defend or indemnify the Defendants George Root or Tina Root for any punitive damages assessed in the Civil Action 15-1089, <u>Doe v. Neshannock Twp. Sch. Dist. *et al.*</u>, under State Farm Fire and Casualty Company policy number 38-QA-1234-6. IT IS FURTHER ORDERED that State Fire Farm and Casualty has no duty to defend or indemnify Defendant G.R. in the Civil Action 15-1089, <u>Doe v. Neshannock Twp. Sch. Dist. *et al.*</u>, under State Farm Fire and Casualty Company policy number 38-QA-1234-6.

IT IS SO ORDERED.


August 30, 2016                                         <u>s/Cathy Bissoon           </u>
                                                        Cathy Bissoon
                                                        United States District Judge


cc (via ECF email notification):

All Counsel of Record